UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Nos. 22-1882, 23-1315, 23-1322

UNITED STATES OF AMERICA,
Appellee,

v.

LOUIS D. COLEMAN III,
Defendant-Appellant.



**APPELLANT COLEMAN'S MOTION TO FILE
SEALED ADDENDUM**

Pursuant to Rules 30.0(g) and 11.0(c) of the Rules of this Court, Appellant Louis Coleman requests that this Court grant leave to file a Sealed Addendum to Appellant's Sealed Supplemental Brief.

As grounds for this motion, undersigned counsel states that this part of the Addendum contains excerpts from transcripts that remain sealed in the district court. These transcripts contain rulings related to arguments raised in the Sealed Supplemental Brief (which this Court gave leave to file

1

on December 18, 2023). These transcripts are non-public items that contain sensitive information that should not be part of the public record and that should remain under seal until further order of the Court.

LOUIS D. COLEMAN III,

By his attorney:

*/s/ Christine DeMaso*
Christine DeMaso
ID No. 1168061
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston MA 02210
617-223-8061

## CERTIFICATE OF SERVICE

      I, Christine DeMaso, hereby certify that this document, filed by hand-delivery to the Court on December 27, 2023, was served upon AUSA Randall Ernest Kromm, Office of the United States Attorney, One Courthouse Way, Suite 9200, Boston MA 02210, by hand-delivery on December 29, 2023.

                                            */s/ Christine DeMaso*
                                            Christine DeMaso